[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12701
Non-Argument Calendar
_____

D.C. Docket No. 8:19-cr-00396-MSS-AAS-9

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS RAMON-NARVAEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 22, 2021)

Before MARTIN, JILL PRYOR and BRANCH, Circuit Judges.

PER CURIAM:

Victor D. Martinez, appointed counsel for Luis Ramon-Narvaez in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ramon-Narvaez's convictions and sentence are **AFFIRMED**.